# Exhibit A

DEVELOPMENT AREA

CONSERVATION AREA

SPECIAL BUFFER M

SPECIAL BUFFER K

PROPOSED LEGAL ACCESS FOR PARCEL 0360000001010

PINE WOOD RUN

FERNWOOD

FERRIS ROAD

UP TO 15' R/W DEDICATION

BRIDGE BOULEVARD

GREAT

EXISTING LEGAL ACCESS FOR PARCEL 0360000001010

RIVER WALK PKWY.

LEGEND:

| | | | |
|---|---|---|---|
| SINGLE FAMILY | 1 | AMENITY | 4 |
| TOWNHOMES | 2 | STORMWATER MANAGEMENT | 5 |
| COMMERCIAL | 3 | RELOCATED DRIVEWAY | 6 |

SITE DATA:
TOTAL AREA: 92.1 +/- ACRES
CONSERVATION: 62.3 +/- ACRES (65%)
R/W RESERVATION: 0.3 +/- ACRES
DEVELOPMENT AREA: 29.5 +/- ACRES

RESIDENTIAL
TOTAL UNITS: 153
- SINGLE FAMILY: 71
- TOWNHOMES: 82

COMMERCIAL: 11,300 +/- SF

WETLAND IMPACTS: 0.9 +/- ACRES

REZONING SUMARY:

| USE: | PROPOSED ZONING: | AREA: |
|---|---|---|
| RESIDENTIAL: | RMF-1 | 28.1 +/- ACRES |
| COMERCIAL: | B-1 | 1.7 +/- ACRES |
| CONSERVATION: | C-1 | 62.3 +/- ACRES |

EXISTING ZONING: B-4, R-15S, A-1
PROPOSED ZONING: B-1, RMF-1, C-1

**FERNWOOD CHASE**
Concept Plan - October 23, 2019

0   60   120
Feet



**TIMMONS GROUP**
YOUR VISION ACHIEVED THROUGH OURS.