# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

**SAS Associates 1, LLC, et al.,**

      Plaintiff(s),

    v.                          Civil No.  2:21cv491

**City Council for the City of Chesapeake, Virginia,**

      Defendant(s).

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (ECF No. 7) is GRANTED.

DATED:  05/25/2022                            FERNANDO GALINDO, Clerk

                                                By:  _____/s/_____
                                                       J. Hiemer, Deputy Clerk