IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| SAS ASSOCIATES 1, LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>CITY COUNCIL FOR THE CITY OF )<br>CHESAPEAKE, )<br>)<br>Defendant. ) | Case No. 2:21-cv-491-RAJ-DEM |

## NOTICE OF APPEAL

NOW COME Plaintiffs SAS Associates 1, LLC and Military 1121, LLC (collectively "Plaintiffs"), by counsel, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby note their appeal from the Court's Memorandum Opinion and Order of May 25, 2022, granting the Defendant's Motion to Dismiss and removing this action from the docket. ECF No. 16.

Respectfully submitted,

**SAS ASSOCIATES 1, LLC AND MILITARY 1121, LLC,**

By: */s/ Robert W. McFarland*
Robert W. McFarland (VSB # 24021)
Micaylee A. Noreen (VSB # 92433)
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Ste. 9000
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3966
rmcfarland@mcguirewoods.com
mnoreen@mcguirewoods.com

*Counsel for Plaintiffs SAS Associates 1, LLC and Military 1121, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered parties.

*/s/ Robert W. McFarland*
Robert W. McFarland (VSB No. 24021)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, Virginia 23510
Phone: (757) 640-3716
Fax: (757) 640-3930
rmcfarland@mcguirewoods.com

*Counsel for Plaintiffs SAS Associates 1, LLC and Military 1121, LLC*

161327215_1